EMILIO SANCHEZ Y. DOLZ, *Respondent, v.* ATLANTIC AND GULF STREAM TRANSPORTATION COMPANY, *Appellant, Impleaded, etc.* Order reversed. Opinion by DWIGHT, J.

CYRUS B. LAWRENCE, *Respondent, v.* HENRY TUCKER, *Appellant.* Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

THE BELGIAN GLASS COMPANY, *Respondent and Appellant, v.* THEODORE PABST and HENRY ESCH, *Appellants and Respondents.* Judgment affirmed, without costs. Opinion *Per Curiam.*

THE BOWKER FERTILIZER COMPANY, *Respondent, v.* LAWRENCE N. COX, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

JOHN B. JOHNSON, *Respondent, v.* CATHARINE WILLIAMS, *Executrix, etc.,* and another, *Appellants.* — Judgment affirmed. Opinion by DANIELS, J.

IN THE MATTER OF WILLIAM LEONARD. — Order reversed, with ten dollars costs and disbursements, without prejudice to a rehearing before the Special Term. Opinion by DAVIS, P. J.

IN THE MATTER OF WILLIAM HALSEY, *Deceased.*

IN THE MATTER OF MARIA HALSEY, *an alleged Incompetent.*—Orders affirmed, with ten dollars costs and disbursements. Opinion by DANIELS, J.